FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0540

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0540

_____

LYNN MEHRING, f/k/a LYNN M. SANDEFER,

     Plaintiff and Appellee,

v.

JEFFREY A. GOUDREAU and LINDSAY B.
GOUDREAU,

     Defendants and Appellants.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2021